IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WYATILLIUS HOWARD,

    Petitioner,

v.

MICHAEL S. EVANS, Warden,

    Respondent.

No. C 09-04750 JSW

**AMENDED ORDER RE APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Petitioner's application to proceed *in forma pauperis* is HEREBY GRANTED.

**IT IS SO ORDERED.**

Dated: January 14, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE