1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   WYATILLIUS HOWARD,

10          Petitioner,                        No. C 09-04750 JSW

11   v.

12   MICHAEL S. EVANS, Warden,                 **AMENDED ORDER RE**
                                               **APPLICATION TO PROCEED** *IN*
13          Respondent.                        *FORMA PAUPERIS*

14   _____/

15          Petitioner's application to proceed *in forma pauperis* is HEREBY GRANTED.

16          **IT IS SO ORDERED.**

17

18   Dated: January 14, 2010                   _____
                                               JEFFREY S. WHITE
19                                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California