AJ KUTCHINS
PO Box 5138
Berkeley, California 94705
*tel*.: (510) 841-5635
*fax*: (510) 841-8115
ajkutchins@earthlink.net
State Bar No. 102322

Attorney for Petitioner WYATILLIUS HOWARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYATILLIUS HOWARD,<br><br>    Petitioner,<br><br>    vs.<br><br>MICHAEL S. EVANS, Warden,<br><br>    Respondent.<br>_____/ | No. C 09-04750 JSW |

### [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE SURREBUTTAL IN OPPOSITION TO STATE'S MOTION TO DISMISS

The Court, having reviewed Petitioner's "Motion for Leave to File Surrebuttal in Opposition to State's Motion to Dismiss," and finding good cause therefor, hereby grants Petitioner leave to file said brief ~~and directs the Clerk of the Court to file it accordingly.~~ and it is deemed filed.

IT IS SO ORDERED.

Dated: July 6, 2010  _____
Hon. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Leave to File Surrebuttal