IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYATILLIUS HOWARD,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL S. EVANS,<br><br>    Respondent.<br>_____ / | No. C 09-04750 JSW<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |

On July 23, 2010, this Court granted Respondent's motion to dismiss and declined to issue a Certificate of Appealability. On that same date, Petitioner filed a Motion for Reconsideration of the Order denying the Certificate of Appealability. The Court has considered Petitioner's motion for reconsideration and concludes that it does not require a response from Respondent. The Court is aware of the standard applicable to the request for a certificate of appealability and finds no basis to revisit its decision. Accordingly, the motion for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: August 3, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE